**Order entered October 22, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01237-CR

**RYAN DEWAYNE NORRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1400222-N**

## ORDER

We **REINSTATE** this appeal. Pursuant to our October 5, 2018 order, a supplemental clerk's record has been filed containing a corrected judgment. An opinion will be issued in due course.

/s/     LANA MYERS
         JUSTICE